UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,               19-Cr-795 (SHS)

    -v-                                                    ORDER

JUNIOR RODRIGUEZ,

              Defendant(s).

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A teleconference having been held today, with counsel for all parties participating, and defendant's attorney having waived defendant's appearance,

    IT IS HEREBY ORDERED that, for the reasons set forth on the record, the defendant's application for bail [Doc. No. 100] is denied pursuant to 18 U.S.C. Section 3142(i).

Dated: New York, New York

    April 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.