# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

February 9, 2021

Hon. Sidney H. Stein  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Junior Rodriguez  
19 Cr. 795-02 (SHS)

Dear Judge Stein:

I respectfully write today to request a continuance of sentencing currently scheduled for February 24, 2021. A continuance will provide counsel with the time needed for the timely serving and filing of a sentencing submission, the preparation of which has been compromised by the inaccessibility of my client at MCC until just recently. I understand from your Court Deputy that March 12, 2021 at 11:00 am is available to the Court and I can confirm that this date is good for defense counsel and counsel for the Government, Adam Hobson, Esq.

Thank you for your consideration and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Adam Hobson, Esq. A.U.S.A.  
Simone Belgrave, U.S. Probation

The sentencing is adjourned to March 12, 2021, at 11:00 a.m. Defense submissions are due by February 26, the government submissions are due by March 5.

Dated: New York, New York  
February 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.